RECEIVED
CLERK



UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1282

35
STATES
COURT

In Regard to the Matter of:

Bayside State Prison Litigation

ARNETT THOMAS,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

OPINION/REPORT OF THE SPECIAL MASTER

* * * *

FRIDAY, AUGUST 15, 2008

* * * *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Transcript of proceedings in the above matter taken by Theresa O. Mastroianni, Certified Court Reporter, license number 30X100085700, and Notary Public of the State of New Jersey at the United States District Court House, One Gerry Plaza, Camden, New Jersey, 08102, commencing at 9:52 AM.

MASTROIANNI & FORMAROLI, INC.
Certified Court Reporting & Videoconferencing
251 South White Horse Pike
Audubon, New Jersey 08106
856-546-1100

A P P E A R A N C E S:

LOUGHRY & LINDSAY, ESQUIRES
BY: JUSTIN LOUGHRY, ESQUIRE
330 MARKET STREET
CAMDEN, NEW JERSEY 08102
856-968-9201
ATTORNEYS FOR THE PLAINTIFFS

ROSELLI & GRIEGEL, PC
BY: MARK ROSELLI, ESQUIRE
- and -
BY: KENNETH LOZIER, ESQUIRE
1337 STATE HIGHWAY 33
HAMILTON SQUARE, NEW JERSEY 08690
609-586-2257
ATTORNEYS FOR THE DEFENDANTS

JUDGE BISSELL: I'm reopening proceedings in the case of Arnett Thomas, number 08-1282.

This opinion/report is being issued pursuant to the directives of the Order of Reference to a Special Master and the Special Master's Agreement and the guiding principles of law which underlie this decision to be applied to the facts upon which it is based as set forth in the jury instructions in the Walker and Mejias jury charges to the extent applicable to the allegations of Mr. Thomas.

As finalized after review under Local Civil Rule 52.1, this transcript will constitute the written report required under paragraph seven of the Order of Reference to a Special Master.

Mr. Thomas testified about two incidents that occurred to him in B Unit. The first one occurred as a result of his having taken some notes and being observed doing so while he was there. The officers detected that, came into his cell, forced him to the floor, put a knee in his back, told him to shut up and confiscated his notes, ripped them up. He said there was no injury resulting from this.

After that he stated that shortly

thereafter, and we now know that it took place approximately on August 1st, he was to be transferred out. He was backed out of his cell, he said they threw his glasses on the ground, stepped on them and broke them.

I might add parenthetically that we're not dealing here with property damage claims as such and accordingly I don't find that as any basis for liability here.

He was then told to put his clothes back on, and he was put in handcuffs. He felt that the cuffs were too tight and, in fact, raised visual evidence of that at the time that they were ultimately taken off.

He testified that he was cuffed behind his back and the stick was put into his back for the purpose of having him bent over while he was transferred out to the location in which he would be removed to another institution. He was headed for Southwoods. He did not resist. He claims that he incurred a tear in his lower back as a result of being placed in this position and transported in this fashion. He later was admitted to Southwoods after the trip from Bayside.

Plaintiff also indicated that his right

thumb was permanently injured as a result of the tightness of the handcuffs, among other things, a numbing sensation in that thumb.

The analysis of the evidence, however, does not indicate any actionable conduct here.

The method of movement of this man in the manner described with the hands behind the back and the baton under the arms in order to put this person in a particular position in which he would be of no threat to those who were transporting him, the master does not find that that constitutes the use of excessive force as defined in the jury charges that I have mentioned. In fact, I find that it is a necessary and acceptable technique for this type of movement.

I also note that this did, in fact, occur on August 1st, a mere two days after the assault on Officer Baker when a need for maximizing security in connection with the transport of inmates was important.

As far as the tightness of the handcuffs are concerned, while that may be the case and whether or not that would support a tort claim under state law is, once again, not before me. I do not find that that constitutes the imposition of

excessive force, any intention to inflict pain or sadistic.

One would not expect, particularly in a short transport like this, for the guards to respond to every complaint about the tightness of handcuffs. The proofs fail in that respect.

I note also, based on the medical records and his cross-examination, that continuing complaints of any permanency all related to his left thumb rather than his right thumb. And while if this happened only once or twice, one might ascribe that to either a misunderstanding in communicating with medical personnel or otherwise, but it is recurrent and repeated. To some extent at least that impacts the credibility of his testimony with regard to any permanent injury to his right thumb.

As far as back pain is concerned, from the medical records presented here and from my review thereof, the first reference to any back pain occurs in a medical note while he was at Southwoods dated November 5, 1997, more than three months after the incident in question. At least as the complaint is characterized by the intake nurse who would have no reason to be inaccurate, the inmate complained of lower back pain, hurt at work in the kitchen picking

up and taking out garbage. It does mention it was a chronic problem, but there are no amplifications of that.

Also noted, he has not received his bottom bunk assignment. I think it's a fair inference that the bottom bunk is a preferred location and perhaps this was a ploy to secure that status.

There are other entries in and around November 5th and the subsequent dates regarding the situation with regard to his back. However, the fact that this complaint only arises, as I said, some three months after the incident in a location removed some 45 to 60 minutes as he testified as far as the bus trip is concerned from Bayside, further in my view argues against the accuracy and the credibility of any claim of having his back injured in the course of his transport within the compound at Bayside.

Accordingly, I find that the plaintiff has not sustained his claim here, first, that the injury occurred at all and, secondly, that the activities ascribed to the guards constitute the imposition of excessive force.

Finally, although not every item of evidence has been discussed in this opinion/report,

all evidence presented to the Special Master was reviewed and considered.

For the reasons set forth above, I recommend in this report that the district court enter an order and judgment of no cause of action with regard to Arnett Thomas.

C E R T I F I C A T E

I, Theresa O. Mastroianni, a Notary Public and Certified Shorthand Reporter of the State of New Jersey, do hereby certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Theresa O. Mastroianni, C.S.R.
Notary Public, State of New Jersey
My Commission Expires May 5, 2010
Certificate No. X10857
Date: August 26, 2008

A
acceptable 6:14
accuracy 8:16
accurate 10:6
action 1:2 9:5 10:11,14
actionable 6:5
activities 8:22
add 5:6
admitted 5:23
Agreement 4:7
al 1:8
allegations 4:11
amplifications 8:2
analysis 6:4
applicable 4:11
applied 4:8
approximately 5:2
argues 8:16
arises 8:12
arms 6:8
Arnett 1:6 4:2 9:6
ascribe 7:11
ascribed 8:22
assault 6:18
assignment 8:5
attorney 10:10 10:12
ATTORNEYS 3:6,11
Audubon 2:23
August 1:13 5:2 6:17 10:21

B
B 4:18
back 4:22 5:11 5:16,16,21 6:7 7:17,19,25 8:11,17
backed 5:3
Baker 6:18
based 4:9 7:7
basis 5:8
baton 6:8
Bayside 1:4 5:24 8:15,18
bent 5:17
BISSELL 1:19 4:1
bottom 8:5,6
broke 5:5
bunk 8:5,6
bus 8:15

C
C 3:1 10:1,1
Camden 2:9 3:5
case 4:2 6:22
cause 9:5
cell 4:21 5:3
Certificate 10:21
Certified 2:5,21 10:4
certify 10:5,9
characterized 7:23
charges 4:10 6:12
chronic 8:2
Civil 1:2 4:14
claim 6:23 8:17 8:20
claims 5:7,20
clothes 5:10
commencing 2:9
Commission 10:20
communicating 7:12
complained 7:24
complaint 7:5 7:22 8:12
complaints 7:9
compound 8:18
concerned 6:22 7:17 8:15
conduct 6:5
confiscated 4:23
connection 6:19
considered 9:2
constitute 4:14 8:22
constitutes 6:11 6:25
continuing 7:8
counsel 10:10,12
course 8:17
court 1:1 2:6,8 2:21 9:4
credibility 7:15 8:16
cross-examina... 7:8
cuffed 5:15
cuffs 5:12
C.S.R 10:19

D
damage 5:7
date 10:8,21
dated 7:20
dates 8:10
days 6:17
dealing 5:7
decision 4:8
Defendants 1:9 3:11
defined 6:12
described 6:7
detected 4:21
directives 4:5
discussed 8:25
district 1:1,1 2:8 9:4
doing 4:20

E
E 3:1,1 10:1,1
either 7:12
employee 10:10 10:12
enter 9:5
entries 8:9
ESQUIRE 3:4,8 3:9
ESQUIRES 3:3
et 1:8
evidence 5:13 6:4 8:25 9:1
excessive 6:12 7:1 8:23
expect 7:3
Expires 10:20
extent 4:11 7:14

F
F 10:1
fact 5:12 6:13,16 8:11
facts 4:8
fail 7:6
fair 8:5
far 6:21 7:17 8:14
fashion 5:23
FAUVER 1:8
felt 5:11
finalized 4:13
Finally 8:24
financially 10:13
find 5:8 6:11,13 6:25 8:19
first 4:18 7:19 8:20
floor 4:22
force 6:12 7:1 8:23
forced 4:22
foregoing 10:5
FORMAROLI 2:20
forth 4:9 9:3 10:8
FRIDAY 1:13
further 8:15 10:9

G
garbage 8:1
Gerry 2:8
glasses 5:4
GRIEGEL 3:8
ground 5:4
guards 7:4 8:22
guiding 4:7

H
H 1:8
HAMILTON 3:10
handcuffs 5:11 6:2,22 7:5
hands 6:7
happened 7:11
headed 5:19
hereinbefore 10:8
HIGHWAY 3:10
HONORABLE 1:19
Horse 2:22
House 2:8
hurt 7:25

I
impacts 7:14
important 6:20
imposition 6:25 8:23
inaccurate 7:24
incident 7:22 8:13
incidents 4:18
incurred 5:21
indicate 6:5
indicated 5:25
inference 8:6
inflict 7:1
injured 6:1 8:17
injury 4:24 7:16 8:21
inmate 7:24
inmates 6:19

**institution** 5:19
**instructions** 4:10
**intake** 7:23
**intention** 7:1
**interested** 10:13
**issued** 4:4
**item** 8:24

J

**Jersey** 1:1 2:7,9 2:23 3:5,10 10:5,20
**JOHN** 1:19
**JUDGE** 4:1
**judgment** 9:5
**jury** 4:9,10 6:12
**JUSTIN** 3:4

K

**KENNETH** 3:9
**kitchen** 7:25
**knee** 4:22
**know** 5:1

L

**law** 4:7 6:24
**left** 7:9
**liability** 5:9
**license** 2:6
**LINDSAY** 3:3
**Litigation** 1:5
**Local** 4:13
**location** 5:18 8:7 8:13
**LOUGHRY** 3:3 3:4
**lower** 5:21 7:25
**LOZIER** 3:9

M

**man** 6:6
**manner** 6:7
**MARK** 3:8
**MARKET** 3:4
**master** 1:6,19 4:6,16 6:11 9:1
**Master's** 4:6
**Mastroianni** 2:5 2:20 10:3,19
**matter** 1:3 2:5
**maximizing** 6:18
**medical** 7:7,13 7:18,20
**Mejias** 4:10
**mention** 8:1
**mentioned** 6:13
**mere** 6:17
**method** 6:6
**minutes** 8:14
**misunderstan...** 7:12
**months** 7:21 8:13
**movement** 6:6 6:15

N

**N** 3:1
**necessary** 6:14
**need** 6:18
**neither** 10:9,11
**New** 1:1 2:7,9,23 3:5,10 10:4,20
**Notary** 2:7 10:3 10:20
**note** 6:16 7:7,20
**noted** 8:4
**notes** 4:20,23
**November** 7:21 8:10
**number** 2:6 4:2
**numbing** 6:3
**nurse** 7:23

O

**O** 2:5 10:3,19
**observed** 4:20
**occur** 6:17
**occurred** 4:18 4:19 8:21
**occurs** 7:19
**Officer** 6:18
**officers** 4:21
**once** 6:24 7:11
**opinion/report** 1:5 4:4 8:25
**order** 4:5,16 6:8 9:5

P

**P** 3:1,1
**pain** 7:1,17,19 7:25
**paragraph** 4:15
**parenthetically** 5:6
**particular** 6:9
**particularly** 7:3
**parties** 10:11
**PC** 3:8
**permanency** 7:9
**permanent** 7:16
**permanently** 6:1
**person** 6:9
**personnel** 7:13
**picking** 7:25
**Pike** 2:22
**place** 5:1 10:8
**placed** 5:22
**plaintiff** 5:25 8:19
**PLAINTIFFS** 3:6
**Plaza** 2:8
**ploy** 8:7
**position** 5:22 6:9
**preferred** 8:6
**presented** 7:18 9:1
**principles** 4:7
**Prison** 1:4
**problem** 8:2
**proceedings** 2:4 4:2
**proofs** 7:6
**property** 5:7
**Public** 2:7 10:3 10:20
**purpose** 5:17
**pursuant** 4:5
**put** 4:22 5:10,11 5:16 6:8

Q

**question** 7:22

R

**R** 3:1 10:1
**raised** 5:12
**reason** 7:24
**reasons** 9:3
**received** 8:4
**recommend** 9:4
**records** 7:8,18
**recurrent** 7:13
**reference** 4:5,16 7:19
**regard** 1:3 7:15 8:11 9:6
**regarding** 8:10
**related** 7:9
**relative** 10:10,12
**removed** 5:19 8:13
**reopening** 4:1
**repeated** 7:14
**report** 4:15 9:4
**Reporter** 2:6 10:4
**Reporting** 2:21
**required** 4:15
**resist** 5:20
**respect** 7:6
**respond** 7:4
**result** 4:19 5:21 6:1
**resulting** 4:24
**review** 4:13 7:18
**reviewed** 9:2
**right** 5:25 7:10 7:16
**ripped** 4:23
**ROSELLI** 3:8,8
**Rule** 4:14

S

**S** 3:1
**sadistic** 7:2
**secondly** 8:21
**secure** 8:7
**security** 6:19
**sensation** 6:3
**set** 4:9 9:3 10:8
**seven** 4:15
**short** 7:4
**Shorthand** 10:4
**shortly** 4:25
**shut** 4:23
**situation** 8:11
**South** 2:22
**Southwoods** 5:20,23 7:20
**Special** 1:6,19 4:6,6,16 9:1
**SQUARE** 3:10
**state** 1:4 2:7 3:10 6:24 10:4 10:20
**stated** 4:25
**States** 1:1 2:8
**status** 8:8
**stenographica...** 10:7
**stepped** 5:4
**stick** 5:16
**STREET** 3:4
**subsequent** 8:10
**support** 6:23
**sustained** 8:20

T

**T** 10:1,1
**taken** 2:5 4:19 5:14 10:7
**tear** 5:21
**technique** 6:14
**testified** 4:17 5:15 8:14
**testimony** 7:15

10:6
**thereof** 7:19
**Theresa** 2:5 10:3 10:19
**things** 6:2
**think** 8:5
**Thomas** 1:6 4:2 4:12,17 9:6
**threat** 6:10
**three** 7:21 8:13
**threw** 5:4
**thumb** 6:1,3 7:10,10,16
**tight** 5:12
**tightness** 6:2,21 7:5
**time** 5:13 10:7
**told** 4:22 5:10
**tort** 6:23
**transcript** 2:4 4:14 10:6
**transferred** 5:2 5:18
**transport** 6:19 7:4 8:18
**transported** 5:22
**transporting** 6:10
**trip** 5:24 8:15
**true** 10:6
**twice** 7:11
**two** 4:17 6:17
**type** 6:14

**U**

**ultimately** 5:14
**underlie** 4:8
**Unit** 4:18
**United** 1:1 2:8
**use** 6:11

**V**

**Videoconfere...** 2:21
**view** 8:16
**visual** 5:12
**vs** 1:7

**W**

**W** 1:19
**Walker** 4:10
**we're** 5:6
**White** 2:22
**WILLIAM** 1:8
**work** 7:25
**written** 4:15

**X**

**X1O857** 10:21

**0**

**08-1282** 1:2 4:3
**08102** 2:9 3:5
**08106** 2:23
**08690** 3:10

**1**

**1st** 5:2 6:17
**1337** 3:10
**15** 1:13
**1997** 7:21

**2**

**2008** 1:13 10:21
**2010** 10:20
**251** 2:22
**26** 10:21

**3**

**30X100085700** 2:6
**33** 3:10
**330** 3:4

**4**

**45** 8:14

**5**

**5** 7:21 10:20
**5th** 8:10
**52.1** 4:14

**6**

**60** 8:14
**609-586-2257** 3:11

**8**

**856-546-1100** 2:24
**856-968-9201** 3:5

**9**

**9:52** 2:9